Certificate Number: 02114-PR-DE-013223733

Bankruptcy Case Number: 1009887

||||||||||||||||||||||||||||||||||||||||||||
02114-PR-DE-013223733

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 12/06/10, at 11:21 o'clock PM EST, Nelly Cruz Rodriguez completed a course on personal financial management given by Internet by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

Title: **Bankruptcy Program Manager**           Date:   **12.06.10**

By: /s/Ben Linton

Certificate Number: 02114-PR-DE-013221663

Bankruptcy Case Number: 1009887

02114-PR-DE-013221663

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 12/06/10, at 08:19 o'clock PM EST, Juan A Rodriguez completed a course on personal financial management given by <u>Internet</u> by CredAbility, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Puerto Rico.

**Title: <u>Bankruptcy Program Manager</u>**          Date:   <u>12.06.10</u>

By:  <u>/s/Ben Linton</u>